**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**MICHAEL HARRIS,**

    **Plaintiff**,

    v.                            CASE NO.  3:04-cv-299-J-99HTS

**CORRECTIONS CORPORATION OF
AMERICA**, **and PRISON REALTY
TRUST, INC.,**

    **Defendants**.

_____/

**ORDER**

Defendants filed a Notice of Similar or Successive Cases (Dkt. 14). The Notice brought to the attention of the Court a prior case between Plaintiff and Defendants ("Harris I"), case number 3:00-cv-1297-J-12TEM, in the Middle District of Florida. Because Harris I potentially raises issues of the applicability of res judicata and collateral estoppel in the current case ("Harris II"), this Court entered an Order (Dkt. 23) directing Defendants to file a Motion for Summary Judgment addressing those issues and giving Plaintiff the opportunity to file a Response. Defendants' Motion for Summary Judgment (Dkt. 30) revealed that Harris I is currently on appeal to the Eleventh Circuit.

For purposes of res judicata, the dignity of a final judgment is not affected by the filing of an appeal. See Eichman v. Fotomat Corp., 759 F.2d 1434, 1439 (9th Cir. 1985) (noting the federal rule is that "the pendency of an appeal does not suspend the operation

of an otherwise final judgment for purposes of *res judicata*") (internal citations omitted). Nevertheless, resolution of the appeal in Harris I may inform the collateral estoppel and res judicata issues now pending before this Court in Harris II. The Court has therefore determined to stay this case until the Eleventh Circuit decides Harris I. This case shall therefore be administratively closed; following issuance of the Eleventh Circuit mandate in Harris I, any party can move to reopen this case and suggest what further proceedings should then transpire.

Accordingly, after due consideration, it is hereby

**ORDERED:**

1. This case is **STAYED**.

2. The Clerk is directed to administratively close this case, subject to reopening upon proper motion by any party.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of May, 2005.

_____
TIMOTHY J. CORRIGAN
United States District Judge

sa

Copies to:
Counsel of Record
pro se plaintiff

2